# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:16-MJ-00186

  -vs-

Chief Magistrate Judge Sharon L. Ovington

MICHAEL CRIBBS,

    Defendant.

## ORDER FOR MENTAL HEALTH EVALUATION

This case is before the Court for consideration of Defendant's mental-health status. Defendant's behavior raises questions about his current mental state. The parties have jointly moved to have the Defendant evaluated to determine his current mental state. The motion is granted.

Therefore, pursuant to 18 U.S.C. § 4247(b), Defendant is ordered to be evaluated by Dr. Massimo DeMarchis as soon as possible. Dr. Massimo DeMarchis shall file a prompt report with this Court pursuant to 18 U.S.C. §4247(c).

July 12, 2016

                                        s/ Sharon L. Ovington
                                        Sharon L. Ovington
                            Chief United States Magistrate Judge