UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:16MJ186SLO |
| Plaintiff, | : [PROPOSED] ORDER |
| v. | : |
| **MICHAEL CRIBBS,** | : |
| Defendant. | : |

## [PROPOSED] ORDER

On or about September 22, 2016, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss without prejudice the criminal complaint against defendant Michael Cribbs. The Court hereby GRANTS this motion and dismisses without prejudice the criminal complaint in this case. The Court further ORDERS that the federal detention order against Michael Cribbs is hereby dissolved.

9-22-16
DATE

_[signature]_
HONORABLE SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE

1